

# NUMBER 13-23-00447-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FROLAMO, LLC,                                                           Appellant,

v.

FROST BANK,                                                              Appellee.

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Silva and Peña
### Memorandum Opinion by Justice Silva

This matter is before the Court on an unopposed joint motion to dismiss. The parties have no dispute and intend to allow the trial court's judgment disposing of appellant's claims against appellee to become final.

The Court, having considered the unopposed joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the

unopposed joint motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Because the appeal is dismissed at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
26th day of October, 2023.